

Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Hailong Zhou

ORIGINAL
FILED

NOV 1 6 2007

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# COMPLAINT

| | |
|---|---|
| Hailong Zhou, | ) Case No. |
| | ) |
| Plaintiff, | ) **07   05843   PVT** |
| | ) |
| v. | ) |
| | ) **PLAINTIFF'S ORIGINAL COMPLAINT** |
| Michael Chertoff, Secretary of the | ) **FOR WRIT IN THE NATURE OF** |
| Department of Homeland Security; | ) **MANDAMUS & DECLARATORY** |
| Emilio T. Gonzalez, Director of United States | ) **JUDGMENT UNDER 28 U.S.C. § 1361** |
| Citizenship and Immigration Services, | ) |
| | ) **Immigration Case** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Plaintiff, Hailong Zhou, by and through his attorney of record, opens this lawsuit against the Defendants and will show this Court the following:

1.    Plaintiff, Hailong Zhou, brings this case to compel action on the delayed processing of his I-485, *Application to Register Permanent Residence or Adjust Status*. This application remains within the jurisdiction of the Defendants who have improperly delayed and withheld action on this application to Plaintiff's detriment.

1

**PARTIES**

2     2.     Plaintiff, Hailong Zhou, a resident of Milpitas, CA, is the primary applicant of an I-485,

3     *Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with the United

4     States Citizenship and Immigration Services ("USCIS").

5     3.     Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security

6     ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is

7     generally charged with enforcement of the Immigration and Nationality Act and its related

8     regulations, which provide for the processing of adjustment of status applications.

9     4.     Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought

10    against him in his official capacity.  USCIS is an agency within the DHS to which DHS'

11    authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall

12    administration of immigration benefits and services, including adjustment of status.

13

**JURISDICTION**

14    5.     Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*

15    *seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.

16    Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,

17    28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

18

**VENUE**

19    6.     Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff

20    may request a hearing on the matter in the district where Plaintiff resides.

21

**INTRADISTRICT ASSIGNMENT**

22    7.     This lawsuit should be assigned to the San Jose Division of this court because a

23    substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara

24    County.

25

**EXHAUSTION OF REMEDIES**

26    8.     Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS with

27    documents that clearly establish his eligibility to register as a permanent resident, and as will be

28    demonstrated by the evidence, has followed up with numerous inquiries and requests to the

Case No.                                    2
Complaint

1   pertinent administrative agencies attempting to expedite his delayed application.

2   **CAUSE OF ACTION**

3   9.      Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust*

4   *Status* with the USCIS on August 18, 2004 (**EXHIBIT 1**).

5   10.     On August 19, 2004, Plaintiff's I-485 application was transferred from the California

6   Service Center to the Nebraska Service Center. (**EXHIBIT 2**)

7   11.     On July 18, 2006, Plaintiff contacted the USCIS regarding his I-485 application. In a

8   response letter dated August 15, 2006, Plaintiff was informed that his I-485 was pending due to

9   the Security Check (The FBI name check) (**EXHIBIT 3**).

10   12.     On December 14, 2006, Plaintiff submitted his fingerprints at the USCIS San Jose

11   Application Support Center (**EXHIBIT 4**).

12   13.     On August 22, 2007, Plaintiff contacted the USCIS regarding his stalled I-485

13   application. In a response letter dated September 17, 2007, the USCIS informed Plaintiff that his

14   I-485 was not yet ready for a decision because the required investigation into his background

15   remained open (**EXHIBIT 5**).

16   14.     Plaintiff contacted California Senator Dianne Feinstein requesting assistance with his

17   stalled I-485 application.  In a letter dated October 26, 2007, Senator Feinstein informed Plaintiff

18   that his office has made an inquiry with the FBI (**EXHIBIT 6**).

19   15.     The Defendants' actions have gone well beyond the expected 11 months processing time

20   for the adjudication of an I-485 Application (See Nebraska Service Center processing dates for I-

21   485 cases posted October 15, 2007. (**EXHIBIT 7**)

22   16.     Defendants have failed to adhere to their own processing times and procedures and have

23   delayed the processing of Plaintiff's I-485 case.

24   17.     Plaintiff has submitted sufficient information for the USCIS to complete adjudication of

25   Plaintiff's I-485 application.

26   18.     The Defendants have contracted out the name check for Plaintiff's case to the Federal

27   Bureau of Investigation.

28   19.     But for the pending name check, Plaintiff would receive approval for his I-485

Case No.                                3
Complaint

1    application.

2    20.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

3    their duties under the law.  Specifically:

4            (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot

5                travel or work without restriction.  He must spend additional time and pay

6                additional filing fees each year in order to work and travel legally.

7            (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

8                the United States, thus delaying his obtainment of the rights and privileges

9                enjoyed by citizens of the United States.

10           (c) Plaintiff must wait to make major life decisions until his legal permanent

11               residence petition is resolved, thus causing his undue stress and anxiety.

12   21.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

13   Plaintiff's I-485, a duty delegated to them by law.

14   22.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

15   unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

16   on Plaintiff's case.

17   23.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

18   unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

19   functions delegated to them by law within a reasonable time.

20                                          **PRAYER**

21   24.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

22   respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

23   the Court enter an order:

24           (a) requiring USCIS to complete adjudication of Plaintiff's I-485 Application within 60

25               days of receiving the Court's Order;

26           (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

27           (c) granting such other relief at law and in equity as justice may require.

28

Case No.                              4
Complaint

1

2   Dated: November 8, 2007                                    Respectfully Submitted,

3

4

5                                                    Justin Fok, CA Bar: 242272
                                                     Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**EXHIBIT LIST**

2

3   **Exhibit 1:**    Plaintiff's receipt notice for I-485 dated August 18, 2004.

4   **Exhibit 2:**    Plaintiff's transfer notice for I-485 dated August 19, 2004.

5   **Exhibit 3:**    The response letter from the USCIS dated August 15, 2006 for Plaintiff's inquiry

6             dated July 18, 2006.

7   **Exhibit 4:**    Plaintiff's fingerprint notice dated December 14, 2006.

8   **Exhibit 5:**    The response letter from the USCIS dated September 17, 2007 for Plaintiff's

9             inquiry dated August 22, 2007.

10   **Exhibit 6:**    California Senator's correspondence with the Plaintiff dated October 26, 2007.

11   **Exhibit 7:**    Nebraska Service Center processing dates for I-485 cases posted October 15,

12             2007.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.
Complaint

6

# Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Serv.

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>WAC-04-229-51934 | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| RECEIVED DATE<br>August 18, 2004        PRIORITY DATE | APPLICANT   A97 873 416<br>ZHOU, HAILONG |
| NOTICE DATE<br>August 19, 2004        PAGE<br>1 of 1 | |

RONALD R. ROSE
ROSE RIX & BENNETT LLP
RE: HAILONG ZHOU

▬▬▬▬▬▬ CA 94019

**Notice Type:**  Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# Exhibit 2

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-229-51934 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE August 19, 2004 | PRIORITY DATE | APPLICANT    A97 873 416 ZHOU, HAILONG |
| NOTICE DATE July 28, 2005 | PAGE 1 of 1 | |

| HAILONG ZHOU ▬▬▬▬▬ ▬▬▬▬ CA 95035 | Notice Type:  Transfer Notice |
|---|---|

This is to notify you that we have transferred the above application or petition to the INS office at:

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

    Telephone: (402) 437-5218

We transferred this case because the record indicates that office has jurisdiction over the case.  That office will notify you of subsequent action taken on this case.  Any further inquiries should be made to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# Exhibit 3



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

Tuesday, August 15, 2006

HAILONG ZHOU

 CA 95035

Dear HAILONG ZHOU:

On 07/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 08/18/2004 |
| **Receipt #:** | wac-04-229-51934 |
| **Beneficiary (if you filed for someone else):** | ZHOU, HAILONG |
| **Your USCIS Account Number (A-number):** | A97873416 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Our records indicate the I-485 application was received August 18, 2004 and is pending a decision in this office.

Currently, the application is undergoing the security checks now required on all applications prior to final review. You will be notified by mail as soon as a decision is made on the applications. Day approximations on receipt notices are only an estimate and applications may require more time. Furthermore, if all initial evidence is not included with an application, or a question arises during adjudication that requires a Request for Evidence, additional time will be needed.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Exhibit 4

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| WAC0422951934 | | 11/30/2006 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | A097873416 | 3 |

| TCR | SERVICE CENTER | PAGE |
|---|---|---|
| | NSC | 1 of 1 |

HAILONG ZHOU

▆▆▆▆ CA 95035

BIOMETRICS PROCESSING STAMP.

SAN JOSE

ASC SITE CODE:

BIOMETRICS QA REVIEW BY:

ON

TENPRINT QA REVIEW BY:

DEC 14 2006

ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN JOSE | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 122 CHARCOT AVE. | **DATE AND TIME OF APPOINTMENT** |
| SAN JOSE, CA 95131 | 12/14/2006 |
| | 10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the orginal with your request to
USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA  95131

APPLICATION NUMBER I

I485       -   WAC0422951934



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 5



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

## U.S. Citizenship
## and Immigration
## Services

Monday, September 17, 2007

HAILONG ZHOU

CA 95035

Dear HAILONG ZHOU:

On 08/22/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 08/19/2004 |
| **Receipt #:** | WAC-04-229-51934 |
| **Beneficiary (if you filed for someone else):** | ZHOU, HAILONG |
| **Your USCIS Account Number (A-number):** | A097873416 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Exhibit 6

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
  ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

## United States Senate

WASHINGTON, DC 20510-0504

http://feinstein.senate.gov

October 26, 2007

Mr. Hailong Zhou

███████████████████

██████California 95035

Dear Mr. Zhou:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

# Exhibit 7



Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted October 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | December 27, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 07, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 07, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 02, 2007 |
| | | Haitian Refugee Immigrant Fairness Act | |

| I-131 | Application for Travel Document | (HRIFA) dependent applying for advance parole | January 14, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | July 02, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | January 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 10, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 30, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | February 06, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 19, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | November 09, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | April 15, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 09, 2007 |
| | Application to Extend/Change | Extension of Stay for F or M academic or | |

| I-539 | Nonimmigrant Status | vocational students | May 09, 2007 |
|-------|---------------------|---------------------|--------------|
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 09, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | February 28, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 03, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 02, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | July 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 18, 2007 |

Print This Page    Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security