# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Hailong Zhou

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 05843 PVT

V.

Michael Chertoff, Secretary of the Department of Homeland Security,
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 6 2007
DATE

_(signature)_
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Hailong Zhou

v.

Michael Chertoff, Secretary of the Department of Homeland Security,
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 05843

PVT

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 6 2007
DATE_____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/20/07 |
| Name of SERVER | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipts

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | U.S.P.S. | $32.59 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/20/07___
Date

Signature of Server

*Law Offices of Jean D. Chen*
*2107 N. First St., Suite 400*
*San Jose, California 95131*

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

0002 Hailong Zhou #1249
Postmark Here
11/20/2007

Sent To: Attn: Civil Process Clerk
Street, Apt. No.; or PO Box No.: United States Attorney's Office, 450 Golden Gate Ave., 11th Floor
City, State, ZIP+4: San Francisco, CA 94102

7006 0810 0000 7641 6318

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

0002 Hailong Zhou #1249
Postmark Here
11/20/2007

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: Secretary of the Department of Homeland Security, U.S. Department of Homeland Security
City, State, ZIP+4: Washington, DC 20528

7006 0810 0000 7641 6295

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

0002 Hailong Zhou #1249
Postmark Here
11/20/2007

Sent To: Office of the General Counsel
Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security
City, State, ZIP+4: Washington, DC 20528

7006 0810 0000 7641 6325

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20536   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

0002 Hailong Zhou #1249
Postmark Here
11/20/2007

Sent To: Emilio T. Gonzalez
Street, Apt. No.; or PO Box No.: Director, U.S. Citizenship & Immigration Services, 425 I Street, NW
City, State, ZIP+4: Washington, DC 20536-2007

7006 0810 0000 7641 7039

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

0002 Hailong Zhou #1249
Postmark Here
11/20/2007

Sent To: United States Attorney General
Street, Apt. No.; or PO Box No.: U.S. Department of Justice, 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530-0001

7006 0810 0000 7641 6288

PS Form 3800, June 2002    See Reverse for Instructions

# CERTIFCATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On 11-20-07 I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Contents of Joint Case Management Statement; Standing Order Regarding Case Management in Civil Cases.**

on the persons or entities named below, for the case Zhou v. Chertoff et al. (C07-05843 JW), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael B. Mukasey (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Civil Process Clerk (By certified mail with return receipt)
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Proof of Service: C07-05843 JW            1
Zhou v. Chertoff et al.

1  Office of the General Counsel  (By certified mail with return receipt)
2  U.S. Department of Homeland Security
   Washington, DC 20528
3
4
5
6  Date of mailing: __11-20-07__ Place of mailing: San Jose, California.
7  I declare under penalty of perjury under the laws of the United States of America that the
8  forgoing is true and correct.
9
10
11 Executed this on __11-20-07__ at San Jose, California

                                        _____
                                        Bo Li

Proof of Service: C07-05843 JW          2
Zhou v. Chertoff et al.