1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Hailong Zhou
7

ORIGINAL FILED
NOV - 6 2007

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10
    **Hailong Zhou,**                          ) Case No.
11                                             )
12              Plaintiff,                     ) C 07 05843
13         v.                                  )
                                               )
14  **Michael Chertoff**, Secretary of the     )
15  Department of Homeland Security;           )
    **Emilio T. Gonzalez**, Director of United States ) **CERTIFICATION OF INTERESTED**
16  Citizenship and Immigration Services,      ) **ENTITIES OR PERSONS**
                                               )
17                                             )
                                               ) **Immigration Case**
18              Defendants.                    )
19                                             )
20                                             )
21  _____   )

22
23      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
24  named parties, there is no such interest to report.
25  ///
26  ///
27  ///
28  ///

Case No.                                     1
Certification of Interested Entities or Persons

1 | Dated: 11.8.07

Respectfully Submitted,

_____
Justin Fok, CSBN: 242272
Attorney for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                 2
Certification of Interested Entities or Persons