Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Hailong Zhou

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Hailong Zhou<br><br>        Plaintiff,<br><br>    vs.<br><br>Michael Chertoff, Secretary of the Department of Homeland Security;<br>Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services,<br><br>        Defendants. | Case No. 07-5843 JW PVT<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiff's I-485 *Application to Register Permanent Residence or Adjust Status*.

///

///

///

///

Case No. 07-5843 JW PVT
Notice of Voluntary Dismissal

1

1 | DATED: December 10, 2007

Respectfully Submitted,

          /s/
Justin Fok, CSBN: 242272
Attorney for Plaintiff